IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-250-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MELVIN TAYLOR, JR., | ) | |
| Defendant. | ) | |

Pending before the court is Defendant's motion to suppress evidence seized pursuant to a search warrant, which matter has been referred to the undersigned for memorandum and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). The court hereby ORDERS that counsel for the parties confer and submit to the court, on or before April 13, 2016, a joint notice informing the court of the parties' respective positions with regard to the need for a hearing on Defendant's motion to suppress.

This 30th day of March 2016.

KIMBERLY A. SWANK
United States Magistrate Judge